463 A.2d 25

Commonwealth v. Hennessey, Appellant.
Petition for Allowance of Appeal Denied Oct. 18, 1983.

Argued November 15,

1982. Stuart Wilder, for appellant; Stephen B. Harris, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and WATKINS, JJ.

The judgment of sentence of the learned Bucks County Common Pleas Court Judge John J. Bodley is affirmed.